IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| **DEE'ANGELO GATHRITE,** | 3:25-cv-10822-CRB |
| Plaintiff, | **[PROPOSED] ORDER** |
| v. | |
| **V. INFANTE, et al.,** | |
| Defendants. | |

Good cause appearing, Defendant's Administrative Motion for an Extension of Time to File a Dispositive Motion is **GRANTED**.

Defendant shall file a dispositive motion, if any, on or before July 27, 2026.

**Dated:** March 18, 2026

_____

**The Honorable Charles R. Breyer**

1

[Proposed] Order (3:25-cv-10822-CRB)