IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| **DEE'ANGELO GATHRITE,** | 3:25-cv-10822-CRB |
| Plaintiff, | **[PROPOSED] ORDER** |
| **v.** | |
| **V. INFANTE, et al.,** | |
| Defendants. | |

Good cause appearing, Defendant's Administrative Motion for an Extension of Time to File a Dispositive Motion is **GRANTED**.

Defendant shall file a dispositive motion, if any, on or before September 25, 2026.

**Dated:**  July 7, 2026

**The Honorable Charles R. Breyer**

1

[Proposed] Order (3:25-cv-10822-CRB)