IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DEE'ANGELO GATHRITE,**<br>Plaintiff,<br>**v.**<br>**V. INFANTE, et al.,**<br>Defendants. | Case No. 3:25-cv-10822-CRB<br>**~~[PROPOSED]~~ ORDER** |

Defendant has moved for a sixty-day extension of time to file a dispositive motion. Good cause appearing, Defendant's administrative motion for an extension of time is GRANTED.

Accordingly, Defendant's deadline to file a dispositive motion is extended to November 24, 2026.

IT IS SO ORDERED.

Dated: September 2, 2026

The Honorable Charles R. Breyer